Rosemary J. Bruno
Christopher J. Dalton
Argia J. DiMarco
**BUCHANAN INGERSOLL & ROONEY PC**
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, NJ  07102-4582
(973) 273-9800

*Attorneys for Defendant*
*BMW of North America, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARTEM V. GELIS, BHAWAR PATEL, ROBERT MCDONALD, JAMES V. OLSON, GREGORY HEYMAN, SUSAN HEYMAN, DEBRA P. WARD, DARRIAN STOVALL, ALEX MARTINEZ, AMANDA GOREY, CHRIS WILLIAMS, ASHOK PATEL, KENNETH GAGNON, MICHAEL CERNY, ERHAN ARAT, ANDRE MALSKE, CRAIG LASH, NICOLE GUY, DAVID RICHARDSON, KAREN HENDERSON and ERIC T. ZINN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT and BMW OF NORTH AMERICA, LLC,<br><br>*Defendants*. | Case No.  2:17-cv-7386-WHW-CLW |

**DEFENDANT BMW OF NORTH AMERICA, LLC'S**
**NOTICE OF MOTION TO DISMISS**
**PLAINTIFFS' CONSOLIDATED AMENDED**
**CLASS ACTION COMPLAINT**

To:  Gary S. Graifman
 Jay I. Brody
 **KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.**
 210 Summit Avenue
 Montvale, NJ 07645

 Bruce H. Nagel
 Randee M. Matloff
 **NAGEL RICE LLP**
 103 Eisenhower Parkway
 Roseland, NJ 07068

 Thomas P. Sobran (*pro hac vice*)
 **THOMAS P. SOBRAN, P.C.**
 7 Evergreen Lane
 Higgman, MA 02043

 *Attorneys for Plaintiffs*

Counsel:

PLEASE TAKE NOTICE THAT on July 2, 2018 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant BMW of North America, LLC ("BMW NA") will move before the Honorable William H. Walls, U.S.D.J., of the United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiffs' Class Action Complaint.

PLEASE TAKE FURTHER NOTICE that in support of this motion BMW NA relies upon the Brief and Declaration submitted and filed herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is requested if opposition is filed.

PLEASE TAKE FURTHER NOTICE that this motion will be decided on the papers unless otherwise notified by the Court.

A proposed form of Order accompanies this motion.

    */s/ Christopher J. Dalton*

Christopher J. Dalton, Esq.
**BUCHANAN INGERSOLL & ROONEY PC**
550 Broad Street, Suite 810
Newark, NJ 07102

*Attorneys for Defendant*
*BMW of North America, LLC*

Dated:  April 16, 2018

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused a true and correct copy of the foregoing Notice of Motion, Brief in Support of Motion, Declaration in Support of Motion, and proposed form of Order on behalf of Defendant BMW of North America, LLC to be served electronically via the Court's CM/ECF system upon all counsel of record:

> Gary S. Graifman
> Jay I. Brody
> **KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.**
> 210 Summit Avenue
> Montvale, NJ 07645
>
> Bruce H. Nagel
> Randee M. Matloff
> **NAGEL RICE LLP**
> 103 Eisenhower Parkway
> Roseland, NJ 07068
>
> Thomas P. Sobran (*pro hac vice*)
> **THOMAS P. SOBRAN, P.C.**
> 7 Evergreen Lane
> Hingham, MA 02043
>
> *Attorneys for Plaintiffs*

                                                 */s/ Christopher J. Dalton*
                                                 Christopher J. Dalton

Dated: April 16, 2018
Newark, New Jersey