LAW OFFICES

# KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.

210 SUMMIT AVENUE
MONTVALE, NEW JERSEY 07645

PAUL B. GOLDHAMER * *
BARRY S. KANTROWITZ ** †
GARY S. GRAIFMAN * *
RANDY J. PERLMUTTER * *
_____

JAY I. BRODY * *
LOUIS B. GERBER * * ♮
ROBERT A. LUBITZ * * •
BRANDON W. ROTHSTEIN *
REGINALD H. RUTISHAUSER * *
WILLIAM T. SCHIFFMAN * *
RONALD E. STISKIN *
_____

OF COUNSEL
STEVEN B. ROTHSCHILD * *
JEFFREY P. ORLAN, P.A., P.C.* †

* * N.Y. & N.J. BAR
* N.Y. BAR ONLY
† FLA. BAR
• M.A. & N.H. BAR
♮ L.A. BAR

(201) 391-7000
FAX # (201) 307-1086
www.kgglaw.com

NEW YORK
747 CHESTNUT RIDGE ROAD
CHESTNUT RIDGE, N.Y.10977
(845) 356-2570
FAX # (845) 356-4335

July 30, 2020

<u>Via ECF</u>

Magistrate Cathy L. Waldor
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

Re: *Gelis, et al. v. BMW of North America, LLC.,*
   Civil Action No 2:17-cv-7386 WHW-CLW

Dear Judge Waldor:

  This firm, together with Nagel Rice LLP and Thomas Sobran, P.C. represents plaintiffs in the above-referenced action. We are writing, with the consent of Christopher Dalton on behalf of BMW NA, to request one additional two-week adjournment of the return date for Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement, currently scheduled by the Court for August 3, 2020. The new proposed return date would be August 17, 2020.

  We apologize for the delay but counsel have been continuing to diligently attempt to nail down the final issues and believe that the parties are nearing completion of a final Settlement Agreement that can be executed. Until the final requested revisions are approved, we are unable to file a motion with a fully executed Settlement Agreement annexed by the current deadline. We are hopeful that the additional two weeks will be sufficient.

  The parties respectfully request that the Court "So Order" this adjournment request.

Magistrate Cathy L. Waldor
July 30, 2020
Page **2** of **2**

                                        Respectfully yours,

                                        GARY S. GRAIFMAN

GSG:mm
cc:  All Counsel of Record

                                        SO ORDERED:

                                        _____
                                        HON. CATHY L. WALDOR, U.S.M.J