UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTEM V. GELIS, BHAWAR PATEL, ROBERT MCDONALD, JAMES V. OLSON, GREGORY HEYMAN, SUSAN HEYMAN, DEBRA P. WARD, DARRIAN STOVALL, ALEX MARTINEZ, AMANDA GOREY, CHRIS WILLIAMS, ASHOK PATEL, KENNETH GAGNON, MICHAEL CERNY, MARIA MEZA, ANDRE MALSKE, NICOLE GUY, DAVID RICHARDSON, STACEY TURNER and ERIC T. ZINN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | Civ. Action No. 2:17-cv-7386 (SDW-CLW) |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT** on September 2, 2020 at 9:00 a.m. or as soon thereafter as counsel may be heard, Plaintiffs Artem V. Gelis, Bhawar Patel, Robert McDonald, James V. Olson, Gregory Heyman, Susan Heyman, Debra P. Ward, Darrian Stovall, Alex Martinez, Amanda Gorey, Chris Williams, Ashok Patel, Kenneth Gagnon, Michael Cerny, Maria Meza, Andre Malske, Nicole Guy, David

Richardson, Stacey Turner And Eric T. Zinn, (collectively, "Plaintiffs") ) will move before the Honorable Magistrate Judge Cathy L. Waldor, U.S.M.J., of the United States District Court for the District of New Jersey, located at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order:

    1) granting preliminary approval of the proposed class action Settlement;

    2) preliminarily certifying, for settlement purposes only, and pursuant to the terms of the Settlement Agreement, the proposed Settlement Class for the purposes of providing notice to the members of the proposed Settlement Class; approving the form and content of, and directing the distribution of the proposed Class Notice and Claim Form, annexed to the Settlement Agreement as Exhibits A and B;

    3) authorizing and directing the Parties to retain Rust Consulting as Claims Administrator;

    4) appointing Kantrowitz, Goldhamer & Graifman, P.C. , Thomas P. Sobran and Nagel Rice, LLP as Lead Settlement Class Counsel; and,

    5) scheduling a date for the Final Approval Hearing not earlier than one hundred and sixty (160) days after Preliminary Approval is granted.

In support thereof, Plaintiffs have contemporaneously filed a Memorandum of Law and the Declaration of Gary S. Graifman, with exhibits thereto. Defendant

BMW of North America, LLC, does not oppose Plaintiffs' requested relief contained therein.

For the reasons set forth in the Memorandum of Law, Plaintiffs respectfully request that the Court grant their Unopposed Motion and enter the accompanying [Proposed] Order.

Dated:  August 26, 2020					Respectfully submitted,

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**

*/s/* Gary S. Graifman
Gary S. Graifman, Esq.
Jay I. Brody, Esq.
210 Summit Avenue
Montvale, New Jersey 07645
Telephone: (201) 391-7000

**THOMAS P. SOBRAN, P.C.**
Thomas P. Sobran (*Pro Hac Vice*)
7 Evergreen Lane
Hingham, MA 02043
Telephone: (781) 741-6075

**NAGEL RICE, LLP**
Bruce H. Nagel, Esq.
Randee M. Matloff, Esq.
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 618-0400 (ext. 119)

*Interim Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the _day of August, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

                                          s/ Gary S. Graifman
                                          Gary S. Graifman, Esq.