# EXHIBIT 2

# List of Objections

| Docket Entry | Date | Name |
|---|---|---|
| 82 | 11/17/2020 | Lawrence Brochhini |
| 90 | 12/22/2020 | Ronald Seth Zarowitz |
| 91 | 12/23/2020 | Muthuvenkatesh Hosurnarayanan |
| 98 | 12/28/2020 | Rose Cunell Walker |
| 99 | 1/4/2021 | Matthew Hook |
| 100 | 1/5/2021 | Charles Antony Helfrich |
| 101 | 1/5/2021 | Karen L. Slavick |
| 102 | 1/5/21 | David Emile Bornside |
| 103 | 1/5/2021 | Rishi Gulati |
| 104 | 1/6/2021 | (Elijah) Rajeev Prakash Patel |
| 105 | 12/31/2020 | Dennis Dye |
| 106 | 12/31/2020 | Alice R. Momenee |
| 107 | 12/20/2020 | Kent A. Yalowitz |
| 109 | 1/8/2021 | Eric Schoenholz |
| 110 | 1/14/2021 | Giovanni Antonio Mignano |
| 111 | 1/5/21 | Antti Suoniemi |
| 112 | 1/13/2021 | Landon Ward |
| 114 | 1/15/2021 | Eric Mellin |
| 115 | 1/18/2021 | Charles H. Federman |
| 116 | 1/21/2021 | Angela D. Salerni |
| 117 | 1/21/2021 | Raeann Emerson |
| 118 | 1/21/2021 | Daniel Bertuleit |
| 119 | 1/21/2021 | Nathan Fowler |
| 120 | 1/21/2021 | Brian Tague |
| 122 | 1/21/2021 | Patrick S. Bremner |
| 123 | 1/21/2021 | Evelyn Marshall Flavin, Esq. |
| 124 | 1/21/2021 | Gregory and Carrie Wright |
| 125 | 1/21/2021 | Kerry Price Doub |
| 126 | 1/21/2021 | Stephen James Picard |
| 129 | 1/22/21 | Amr and Barbara El Shaer |
| 130 | 1/22/2021 | Jerry David Slominski |
| 131 | 1/22/2021 | Sharon M. Lee |
| 132 | 1/25/2021 | James and Susan Fett |
| 133 | 1/25/2021 | Tayaqua Andrews |
| 134 | 1/25/2021 | Uzzeal Brown |
| 135 | 1/25/2021 | Stephen McLaughlin |
| 136 | 1/26/2021 | Kevin Pidliskey |
| 138 | 1/26/2021 | Mohit and Rasa Kumar |
| 139 | 1/19/2021 | Pilar Wilson |
| 140 | 1/26/2021 | Patricia Nguyen |
|  | 1/14/2021 | Stacey Lee Kite |
|  |  |  |
| 141 | 1/27/2021 | Mark Jones |
|  |  |  |
| 143 | 1/19/2021 | Miguel and Mercedes Gelman |
| 144 | 1/13/2021 | Julie Hammes |
|  |  |  |
| 146 | 1/17/2021 | Charles Cobb |

# List of Objections