# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTEM V. GELIS, ET AL.<br><br>          Plaintiffs,<br>   -v-<br><br>BMW OF NORTH AMERICA, LLC<br><br>          Defendant. | Civil Action No. 17-07386 (SDW)(CLW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of motion under Fed. R. Civ. P. 23(e)(5)(B) and Fed. R. Civ. P. 62.1 for consideration and approval of the parties' settlement with individual objector/appellant Charles Federman ("Objector/Appellant");

**WHEREAS**, the Court granted final approval of the Class Settlement and the Clerk entered Final Judgment on February 16, 2021;

**WHEREAS**, Objector/Appellant timely filed a notice of appeal in the Court of Appeals for the Third Circuit of the Final Judgment on March 15, 2021;

**WHEREAS**, Objector/Appellant's appeal has been docketed at ECF Doc. 162;

**WHEREAS**, Defendant BMW of North America, LLC ("BMW NA") ("Defendant" or "BMW") and Plaintiffs Artem V. Gelis, Bhawar Patel, Robert McDonald, James V. Olson, Gregory Heyman, Susan Heyman, Debra P. Ward, Darrian Stovall, Alex Martinez, Amanda Gorey, Chris Williams, Ashok Patel,

1

Kenneth Gagnon, Michael Cerny, Maria Meza, Andre Malske, Nicole Guy, David Richardson, Stacey Turner And Eric T. Zinn (collectively, "Plaintiffs") have reached an individual settlement agreement with the Objector/Appellant;

**WHEREAS**, settlement of Objector/Appellant's objection and appeal is in the best interests of all Class Members and Defendants; and

**IT IS ON THIS** 13th day of July , 2021, ORDERED and, ADJUDGED as follows:

1. The Court hereby grants the motion for approval of the settlement with Objector/Appellant, Charles Federman.

*/s/ Cathy L. Waldor*
**CATHY L. WALDOR, U.S.M.J.**